UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO PEREZ,

              Plaintiff,

      v.

CARRINGTON MORTGAGE SERVICES, LLC, et al.,

              Defendants.

Case No. 26-cv-01180-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE**

This case was set for a case management conference on June 2, 2026 by order dated March 10, 2026. ECF No. 13. The same order directed the parties to file a joint case management statement by May 26, 2026. *Id.*

As of today's date, no case management statement has been filed. Accordingly, the case management conference is continued to June 16, 2026 at 2:00 p.m. A joint case management statement is due June 9, 2026.

Also on June 16, 2026 at 2:00 p.m., the parties, and each of them, are ORDERED TO SHOW CAUSE why sanctions should not be imposed for their failure to file a joint case management statement as ordered. *Rothenberg v. Fed. Deposit Ins. Corp.*, No. 23-CV-01603-JST, 2026 WL 622710, at *2 (N.D. Cal. Mar. 5, 2026) (courts have broad discretion to impose sanctions for violation of a court order under their inherent authority). A written response to this order to show cause is due June 9, 2026.

      **IT IS SO ORDERED.**

Dated: June 2, 2026



_____
JON S. TIGAR
United States District Judge